UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF KENT KRAMER,
By Douglas Kramer, Personal Representative

              Plaintiff,         Case No. 1:12-cv-10767-TLL-CEB
                                    Hon. Thomas L. Ludington
vs                                    Mag. Charles E. Binder

SCOTT MINTZ, and the
CITY OF SANDUSKY, a Michigan municipal corporation,

              Defendants.
_____/

| | |
|---|---|
| HUGH M. DAVIS (P12555) | CHRISTOPHER J. JOHNSON (P32937) |
| CYNTHIA M. HEENAN (P53664) | CARLITO H. YOUNG (P61863) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Constitutional Litigation Associates, P.C. | Johnson, Rosati, Schultz & Joppich, P.C. |
| 450 W. Fort Street, Suite 200 | 34405 W. Twelve Mile Road, Ste. 200 |
| Detroit, MI 48226 | Farmington Hills, MI 48331-5627 |
| (313) 961-2255; fax (313) 961-5999 | (248) 489-4100/FAX 1726 |
| conlitpc@sbcglobal.net | cjohnson@jrsjlaw.com |
| heenan@conlitpc.com | cyoung@jrsjlaw.com |

ROBERT D. HORVATH (P27633)
Co-counsel for Plaintiff
2833 Crooks Road, Suite 104
Troy, MI 48084
(248) 614-4770; fax (248) 822-3174
Rdhjdlo@aol.com
_____/

## ORDER APPROVING THE WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION OF PROCEEDS

This matter having come before the Court upon *Plaintiff's Motion To Approve Settlement With All Defendants And For Authority To Distribute Proceeds*, by and through his counsel, Constitutional Litigation Associates, P.C. and Robert D. Horvath and the Court being otherwise satisfied in the premises, **IT IS ORDERED** that:

1. Settlement between Plaintiff and Defendants CITY OF SANDUSKY and SCOTT MINTZ in the amount of $2,200,000 is hereby approved.

2. A settlement draft in the name of DOUGLAS KRAMER, Personal Representative of the Estate of KENT KRAMER, and Constitutional Litigation Associates shall be issued forthwith.

3. Authority to distribute proceeds is hereby approved as follows:

   i. $0.00 to DOUGLAS KRAMER, Personal Representative of the Estate of KENT KRAMER as compensation for the decedent's conscious pain and suffering suffered prior to death.

   ii. $3,809.59 to the law offices of ABBEY, ABBEY & THOMAS, PLLC as the reasonable and necessary fees and costs incurred to date for opening and maintaining the Estate of KENT KRAMER, deceased.

   iii. $1,457,540.67 to KENT KRAMER'S heirs to be distributed as follows:

   | | |
   |---|---:|
   | PAULA KRAMER | $678,770.33 |
   | DOUGLAS KRAMER | $678,770.34 |
   | MELANIE KRAMER | $100,000.00 |
   | WILLIAM KRAMER | $0.00 |

   iv. $730,849.74 to CONSTITUTIONAL LITIGATION ASSOCIATES, P.C., as payment for:

   | | |
   |---|---:|
   | Attorneys Fees | $728,770.33 |
   | Case Costs Advanced | $2,079.41 |

   v. $7,800 to DOUGLAS and PAULA KRAMER for advanced costs of litigation.

**IT IS FURTHER ODERED** that all claims and counterclaims brought by any of the parties to the case are **DISMISSED WITH PREJUDICE** and without cost to any party. This is a **FINAL ODER** and closes the case.

Dated: August 16, 2012                    /s Thomas L. Ludington
                                           THOMAS L. LUDINGTON
                                           United States District Judge

2

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 16, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS